# UNITED STATES DISTRICT COURT
## for the
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Huntwise, Inc. | ) Civil Action |
| | ) No: |
| Plaintiff | ) |
| | ) Division: |
| v. | ) |
| | ) Section: |
| Higdon Motion Decoy Systems, Inc. | ) |
| | ) Judge: |
| Defendant | ) |
| | ) Magistrate: |

## VERIFICATION

Pursuant to 28 U.S.C. §1746, I, Charles Smart, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed on this 24th day of September 2010.

By: Charles Smart
Huntwise, Inc.

2046447_1.DOC                         1