✏ AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P. O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ___Eastern District of Louisiana___ on the following  ☒ Patents or  ☐ Trademarks:

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT |
|---|---|---|
| 10-3281 C(3) | 9/24/10 | Eastern District of Louisiana, 500 POYDRAS St., Rm C-151, New Orleans, LA |

| PLAINTIFF | DEFENDANT |
|---|---|
| Huntwise, Inc. | Higdon Motion Decoy Systems, Inc. |

|   | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 6,408,559 | 4/22/03 | Huntwise, Inc. |
| 2 | 6,508,028 | 7/25/03 | Huntwise, Inc. |
| 3 |  |  | . |
| 4 |  |  |  |
| 5 |  |  |  |

In the above—entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY  ☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |  |
|---|---|---|

|   | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 |  |  |  |
| 2 |  |  |  |
| 3 |  |  | . |
| 4 |  |  |  |
| 5 |  |  |  |

In the above—entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT |
|---|
|  |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| LORETTA G. WHYTE |  | September 24, 2010 |

**Copy 1—Upon initiation of action, mail this copy to Director     Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director     Copy 4—Case file copy**